JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3G PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BEAUTYCON MEDIA, INC., <br><br> Defendant. | Case No. CV 20-1379 FMO (JEMx) <br><br> **JUDGMENT** |

Pursuant to the court's Order Re: Motion for Default Judgment, IT IS ADJUDGED THAT:

1. Defendant Beautycon Media, Inc. shall pay plaintiff the total amount of $282,923.20, which is comprised of the following: (a) unpaid balance of $257,652.00; (b) interest on the unpaid balance of $2,722.50; (c) liquidated damages in the amount of $12,880.60; (d) attorney's fees in the amount of $9,065.10; and (e) litigation costs in the amount of $603.00.

2. Plaintiff shall serve defendant with a copy of this Judgment in such a manner as to make it operative in any further proceedings.

Dated this 12th day of May, 2020.

/s/
Fernando M. Olguin
United States District Judge