SEYFARTH SHAW LLP
Robert B. Milligan (SBN 217348); rmilligan@seyfarth.com
Sierra J. Chinn-Liu (SBN 322994); schinnliu@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3G PRODUCTIONS, INC., a Nevada corporation,<br><br>Plaintiff(s)<br><br>v.<br><br>BEAUTYCON MEDIA, INC., a Delaware corporation,<br><br>Defendants) | CASE NUMBER:<br>2:20-cv-01379-FMO-JEM<br><br>**AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION** |

(check one)  ☒ STATE OF CALIFORNIA, COUNTY OF  LOS ANGELES
☐ STATE OF _____, COUNTY OF _____

I, Sierra Chinn-Liu  hereby state under penalty of perjury that,

1. Judgment for $ 282,293.20  was entered on May 12, 2020  on the docket of the above-entitled action in the U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA in favor of Plaintiff 3G PRODUCTIONS, INC.  as Judgment Creditor, and against Defendant BEAUTYCON MEDIA, INC.  as Judgment Debtor

*(If a Registered Judgment from another Court or District, include the following information)*

Said Judgment was registered herein under Title 28, U.S. Code, Section 1963, being a Judgment which was obtained in Civil Case No. _____ in the United States District Court for the _____ District of _____ and which has become FINAL.

**NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.**

2. I am the Judgment Creditor, or the attorney for said Judgment Creditor, and request issuance of a Writ of Execution on the Judgment.

3. ACCRUED since the entry of Judgment **in the** Central  **District of** California
   are the following sums:

   $ 27.28  accrued interest, computed at 0.16 % *(see note)*
   $ 0.00  accrued costs

Credit must be given for payments and partial satisfaction in the amount of $ 0.00  which is to be credited against the total accrued costs and accrued interest, with any excess credited against the Judgment as entered.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Los Angeles,  State of California , this 12th day of June 2020.

*Signature*
Sierra Chinn-Liu

---

**AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION**

CV-24 (6/01)

American LegalNet, Inc.
www.Forms*Workflow*.com

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) SS
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2029 Century Park East, Suite 3500, Los Angeles, California 90067. On June 12, 2020, I served the within document(s):

AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope or package provided by an overnight delivery carrier with postage paid on account and deposited for collection with the overnight carrier at Los Angeles, California, addressed as set forth below.

☐ by transmitting the document(s) listed above, electronically, via the email addresses set forth below.

| | |
|---|---|
| California Registered Agent Inc.<br>Registered Agent for Service of Process<br>for BEAUTYCON MEDIA, INC.<br>1267 Willis Street, Suite 100<br>Redding, California 96001 | Mark Anthony Vega<br>INCITE LAW GROUP, INC.<br>325 N Larchmont Blvd, # 523<br>Los Angeles, CA 90004-3011<br>Tel: 323-306-3873<br>Fax: 323-306-3874<br>mark@incitelawgroup.com |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 12, 2020, at Los Angeles, California.

*/s/ Fern Jenkins*
Fern Jenkins