SEYFARTH SHAW LLP
Robert B. Milligan (SBN 217348); rmilligan@seyfarth.com
Sierra J. Chinn-Liu (SBN 322994); schinnliu@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

3G PRODUCTIONS, INC., a Nevada corporation,

Plaintiff(s)

v.

BEAUTYCON MEDIA, INC., a Delaware corporation,

Defendant(s)

CASE NUMBER: 2:20-cv-01379-FMO-JEM

**WRIT OF EXECUTION**

**TO: THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA**

You are directed to enforce the Judgment described below with interest and costs as provided by law.

On May 12, 2020 a judgment was entered in the above-entitled action in favor of: Plaintiff 3G PRODUCTIONS, INC.

as Judgment Creditor and against:
Defendant BEAUTYCON MEDIA, INC.

as Judgment Debtor, for:

| | | |
|---|---:|---|
| $ | 270,532.60 | Principal, |
| $ | 9,065.10 | Attorney Fees, |
| $ | 2,722.50 | Interest **, and |
| $ | 603.00 | Costs, making a total amount of |
| $ | 282,923.20 | **JUDGMENT AS ENTERED** |

**\*\*NOTE:** JUDGMENTS REGISTERED UNDER <u>28 U.S.C. §1963</u> BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

WHEREAS, according to an affidavit and/or memorandum of costs after judgment it appears that further sums have accrued since the entry of judgment **in the** Central **District of** California, to wit:

$ 27.28 accrued interest, and
$ 0.00 accrued costs, making a total of
$ 27.28 **ACCRUED COSTS AND ACCRUED INTEREST**

Credit must be given for payments and partial satisfaction in the amount of $ 0.00 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$ 282,950.48 **ACTUALLY DUE** on the date of the issuance of this writ of which
$ 282,950.48 Is due on the judgment as entered and bears interest at 0.16 percent per annum, in the amount of $ 1.24 per day, from the date of issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

CLERK, UNITED STATES DISTRICT COURT

Dated: June 15, 2020    By: _____
                              Deputy Clerk

**WRIT OF EXECUTION**

CV-23 (6/01)    PAGE 2 OF 3

American LegalNet, Inc.
www.FormsWorkflow.com

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of the Writ of Execution must be mailed unless it was served at the time of the levy. This information must be filled in by counsel requesting this writ.

California Registered Agent Inc.,
Registered Agent for Service of Process
for BEAUTYCON MEDIA, INC.
1267 Willis Street, Suite 100
Redding, CA 96001

Beautycon Media, Inc.
1626 Wilcox Ave., Suite 392
Los Angeles, CA 900028

**WRIT OF EXECUTION**

CV-23 (6/01)

PAGE 3 OF 3

American LegalNet, Inc.
www.Forms*Workflow*.com

## NOTICE TO THE JUDGMENT DEBTOR

You may be entitled to file a claim exempting your property from execution. You may seek the advice of an attorney or may, within ten (10) days after the date the notice of levy was served, deliver a claim of exemption to the levying officer as provided in Sections 703.510 - 703.610 of the California Code of Civil Procedure.

**PROOF OF SERVICE**

STATE OF CALIFORNIA ) 
) SS
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2029 Century Park East, Suite 3500, Los Angeles, California 90067. On June 12, 2020, I served the within document(s):

WRIT OF EXECUTION

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope or package provided by an overnight delivery carrier with postage paid on account and deposited for collection with the overnight carrier at Los Angeles, California, addressed as set forth below.

☐ by transmitting the document(s) listed above, electronically, via the email addresses set forth below.

| | |
|---|---|
| California Registered Agent Inc. Registered Agent for Service of Process for BEAUTYCON MEDIA, INC. 1267 Willis Street, Suite 100 Redding, California 96001 | Mark Anthony Vega INCITE LAW GROUP, INC. 325 N Larchmont Blvd, # 523 Los Angeles, CA 90004-3011 Tel: 323-306-3873 Fax: 323-306-3874 mark@incitelawgroup.com |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 12, 2020, at Los Angeles, California.

*Fern Jenkins*
Fern Jenkins

PROOF OF SERVICE

63546109v.1