SEYFARTH SHAW LLP
Robert B. Milligan (SBN 217348)
rmilligan@seyfarth.com
Sierra J. Chinn-Liu (SBN 322994)
schinnliu@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:  (310) 277-7200
Facsimile:  (310) 201-5219

Attorneys for Plaintiff
3G PRODUCTIONS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3G PRODUCTIONS, INC., a Nevada corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BEAUTYCON MEDIA, INC., a Delaware corporation,<br><br>　　　　　　Defendant. | Case No. 2:20-cv-01379-FMO-JEM<br><br>**REQUEST AND ORDER FOR APPOINTMENT OF REGISTERED PROCESS SERVER TO SERVE WRIT OF EXECUTION**<br><br>**[Fed. R. Civ. P. 4(c)(3), L.R. 64-2]**<br><br>Date Action Filed:  February 11, 2020 |

Pursuant to Federal Rule of Civil Procedure 4(c)(3) and Central District Local Rule 64-2, Plaintiff and judgment creditor 3G Productions, Inc. hereby requests that: (1) the writ of execution issued on June 15, 2020 by the Clerk of the United States District Court for the Central District of California in the above-referenced case, *3G Productions, Inc. v. Beautycon Media, Inc.*, Case No. 2:20-cv-01379-FMO-JEM, may be served by a licensed and duly registered private process server of All-N-One Legal Support, Inc. in lieu of the United States Marshal because the United States Marshal of the Central District does not levy on writs, and (2) the United States Marshal shall remain the levying officer.

The foregoing request having been considered by the Court and good cause appearing therefor, IT IS HEREBY ORDERED as follows:

1. The writ of execution issued by the Clerk of the United States District Court for the Central District of California in the matter of *3G Productions, Inc. v. Beautycon Media, Inc.*, Case No. 2:20-cv-01379-FMO-JEM, may be served by a licensed and duly registered private process server of All-N-One Legal Support, Inc., in lieu of the United States Marshal.

2. The United States Marshal shall remain the levying officer.

DATED: _____

Hon. Fernando M. Olguin
United States District Court Judge

# PROOF OF SERVICE

STATE OF CALIFORNIA        )
                           ) SS
COUNTY OF LOS ANGELES      )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2029 Century Park East, Suite 3500, Los Angeles, California 90067. On July 1, 2020, I served the within document(s):

REQUEST AND ORDER FOR APPOINTMENT OF REGISTERED PROCESS SERVER TO SERVE WRIT OF EXECUTION

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed envelope or package provided by an overnight delivery carrier with postage paid on account and deposited for collection with the overnight carrier at Los Angeles, California, addressed as set forth below.

☐ by transmitting the document(s) listed above, electronically, via the email addresses set forth below.

California Registered Agent Inc.
Registered Agent for Service of Process
for BEAUTYCON MEDIA, INC.
1267 Willis Street, Suite 100
Redding, California 96001

Mark Anthony Vega
INCITE LAW GROUP, INC.
325 N Larchmont Blvd, # 523
Los Angeles, CA 90004-3011
Tel: 323-306-3873
Fax: 323-306-3874
mark@incitelawgroup.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 1, 2020, at Los Angeles, California.

_____
Fern Jenkins

64438035v.1

PROOF OF SERVICE