SEYFARTH SHAW LLP
Robert B. Milligan (SBN 217348)
rmilligan@seyfarth.com
Sierra J. Chinn-Liu (SBN 322994)
schinnliu@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:   (310) 277-7200
Facsimile:   (310) 201-5219

Attorneys for Plaintiff
3G PRODUCTIONS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3G PRODUCTIONS, INC., a Nevada corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BEAUTYCON MEDIA, INC., a Delaware corporation,<br><br>　　　　　Defendant. | Case No. 2:20-cv-01379-FMO-JEM<br><br>**ORDER GRANTING REQUEST [30] FOR APPOINTMENT OF REGISTERED PROCESS SERVER TO SERVE WRIT OF EXECUTION**<br><br>**[Fed. R. Civ. P. 4(c)(3), L.R. 64-2]**<br><br>Date Action Filed:  February 11, 2020 |

Pursuant to Federal Rule of Civil Procedure 4(c)(3) and Central District Local Rule 64-2, Plaintiff and judgment creditor 3G Productions, Inc. hereby requests that: (1) the writ of execution issued on June 15, 2020 by the Clerk of the United States District Court for the Central District of California in the above-referenced case, *3G Productions, Inc. v. Beautycon Media, Inc.*, Case No. 2:20-cv-01379-FMO-JEM, may be served by a licensed and duly registered private process server of All-N-One Legal Support, Inc. in lieu of the United States Marshal because the United States Marshal of the Central District does not levy on writs, and (2) the United States Marshal shall remain the levying officer.

The foregoing request having been considered by the Court and good cause appearing therefor, IT IS HEREBY ORDERED as follows:

1. The writ of execution issued by the Clerk of the United States District Court for the Central District of California in the matter of *3G Productions, Inc. v. Beautycon Media, Inc.*, Case No. 2:20-cv-01379-FMO-JEM, may be served by a licensed and duly registered private process server of All-N-One Legal Support, Inc., in lieu of the United States Marshal.

2. The United States Marshal shall remain the levying officer.

DATED: July 2, 2020

/s/
Hon. Fernando M. Olguin
United States District Judge

cc: U.S. Marshal Service

64438035v.1

PROOF OF SERVICE