|   |   |
|---|---|
| 1 | SEYFARTH SHAW LLP |
|   | Robert B. Milligan (SBN 217248) |
| 2 | rmilligan@seyfarth.com |
|   | Sierra J. Chinn-Liu (SBN 322994) |
| 3 | schinnliu@seyfarth.com |
|   | 2029 Century Park East, Suite 3500 |
| 4 | Los Angeles, California 90067-3021 |
|   | Telephone:  (310) 277-7200 |
| 5 | Facsimile:   (310) 201-5219 |

Attorneys for Plaintiff
3G PRODUCTIONS, INC.

FREUNDLICH LAW
Kenneth D. Freundlich (SBN 119806)
ken@freundlichlaw.com
Michael J. Kaiser (SBN 258717)
mkaiser@freundlichlaw.com
16133 Ventura Blvd., Suite 645
Encino, California 91436
Telephone:  (818) 377-3790
Facsimile:   (310) 275-5351

Attorneys for Defendant
BEAUTYCON MEDIA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| 3G PRODUCTIONS, INC., a Nevada corporation, | Case No. 2:20-cv-01379-FMO-JEM |
|---|---|
| Plaintiff, | **STIPULATION AND JOINT REQUEST TO BRIEFLY CONTINUE DEFENDANT'S DEADLINE TO FILE A MOTION PURSUANT TO FED. R. CIV. P. 60** |
| v. |  |
| BEAUTYCON MEDIA, INC., a Delaware corporation, |  |
| Defendant. | Date Action Filed:  February 11, 2020 |

1    Pursuant to Central District of California Civil Local Rules 7-1, 7-3, and 7-11,
2   Plaintiff 3G Productions, Inc. and Defendant Beautycon Media, Inc. (collectively, the
3   "Parties"), by and through their respective counsel of record, hereby stipulate as follows:
4    WHEREAS, in accordance with the Court's Order dated July 28, 2020, the Parties
5   met and conferred regarding the purported bases for Defendant's motion to set aside
6   default judgment under Fed. R. Civ. P. 60 on August 5, 2020;
7    WHEREAS, the Parties continued their meet and confer discussions on August 7,
8   2020, and August 10, 2020, and agree that additional time is needed to reach a resolution
9   regarding Defendant's anticipated motion, and potentially dispose of this matter;
10    WHEREAS, the Parties agree that Defendant's deadline to file its motion, in the
11   event they are unable to reach a resolution, may be extended to August 17, 2020;
12    WHEREAS, the Parties agree that the extension requested herein would not affect
13   the schedule for this case.
14   //
15   //

STIPULATION AND JOINT REQUEST TO BRIEFLY CONTINUE DEFENDANT'S
DEADLINE TO FILE A MOTION PURSUANT TO FED. R. CIV. P. 60
65246551v.1

NOW THEREFORE, the Parties, through their respective counsel of record, stipulate and respectfully request that the Court:

1. Continue Defendant's deadline to file a motion pursuant to Fed. R. Civ. P. 60 from August 12, 2020 to August 17, 2020.

IT IS SO STIPULATED.

### SIGNATURE ATTESTATION

I, Robert B. Milligan, attest that I have obtained concurrence from Kenneth D. Freundlich in the filing of this Stipulation and Joint Request to Briefly Continue Defendant's Deadline to File a Motion Pursuant to Fed. R. Civ. P. 60, and his approval to affix his electronic signature to this filing.

/s/ *Robert B. Milligan*

DATED: August 11, 2020  Respectfully submitted,

SEYFARTH SHAW LLP

By: /s/ *Robert B. Milligan*
Robert B. Milligan
Attorneys for Plaintiff
3G PRODUCTIONS, INC.

DATED: August 11, 2020  Respectfully submitted,

FREUNDLICH LAW

By: /s/ *Kenneth D. Freundlich*
Kenneth D. Freundlich
Attorneys for Defendant
BEAUTYCON MEDIA, INC.