UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3G PRODUCTIONS, INC., a Nevada corporation,<br><br>               Plaintiff,<br><br>     v.<br><br>BEAUTYCON MEDIA, INC., a Delaware corporation,<br><br>               Defendant. | Case No. 2:20-cv-01379-FMO-JEM<br><br>**ORDER ON STIPULATION AND JOINT REQUEST TO BRIEFLY CONTINUE DEFENDANT'S DEADLINE TO FILE A MOTION PURSUANT TO FED. R. CIV. P. 60 [45]**<br><br><br>Date Action Filed: February 11, 2020 |

ORDER

Having reviewed the parties' STIPULATION AND JOINT REQUEST TO BRIEFLY CONTINUE DEFENDANT'S DEADLINE TO FILE A MOTION PURSUANT TO FED. R. CIV. P. 60 and good cause appearing therefor, the Court hereby ORDERS as follows:

1. Defendant's deadline to file a motion pursuant to Fed. R. Civ. P. 60 shall be continued from August 12, 2020 to August 17, 2020.

IT IS SO ORDERED.

DATED: August 12, 2020

/s/ Fernando M. Olguin
Hon. Fernando M. Olguin
United States District Judge